AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

485476

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 00-00257HG-02 |
| INGA BERTELMANN | |

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST INGA BERTELMANN and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

Violations of Conditions of Supervised Release.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 7 2006

at 9 o'clock and 10 __ A__
SUE BEITIA, CLERK

_____          _____
Sue Beitia                              Clerk U.S. District Court
Name and Title of Issuing Officer       Title of Issuing Officer

_____          December 20, 2006 at Honolulu, Hawaii
Signature of Issuing Officer/Deputy Clerk     Date and Location

Bail Fixed at NO BAIL                By: Helen Gillmor, Chief United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received 12/29/06 | NAME AND TITLE OF ARRESTING OFFICER Anthony L. Cole | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 12/29/06 | DUSM | |