# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

December 27, 2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 00-00257HG-02 |
| CASE NAME: | UNITED STATES OF AMERICA v. (02) INGA BERTELMANN |
| ATTYS FOR PLA: | Darren W.K. Ching, AUSA |
| ATTYS FOR DEFT: | Richard S. Kawana, Esq. |
| U.S.P.O.: | Timothy M. Jenkins |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Debra Chun |
| DATE: | December 27, 2006 | TIME: | 11:00 - 11:30 |

COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO DEFENDANT (02) INGA BERTELMANN -

The defendant is present in custody.

The defendant did not contest Violation No.1.
The Court finds that this is a Grade A violation, Criminal History Category I.

Allocution by the defendant.

Supervised release is revoked.

     ADJUDGED: Impr of 1 MONTH.

The supervised release is six (6) MONTHS with the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition).

4. That the defendant is prohibited from possessing any illegal or dangerous weapons.

5. That the defendant participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office.

6. That the defendant provide the Probation Office access to any requested financial information.

7. That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

8. That the defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

9. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and no more than 8 valid drug tests per month for the duration of the supervision term (mandatory condition).

Advised of rights to appeal the sentences, etc.

Submitted by: Mary Rose Feria, Courtroom Manager